Joseph M. Marchini         #082427
Carl R. Refuerzo           #106253
Peter G. Fashing           #195756
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620
Email: jmarchini@bakermanock.com
Email: crefuerzo@bakermanock.com

Attorneys for   Richard Zacky, individually and in his capacity as trustee of the
                Richard N. Zacky Irrevocable Trust dated 11/25/07, the
                Survivor's Trust of Albert and Beverly Zacky Trust Dated
                2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated
                12/30/06, and ZF Enterprises, LLC,

Mark Gorton #99312
BOUTIN JONES, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA  95814
Telephone:  (916) 321-4444
Facsimile:  (916) 441-7597
Email: mgorton@boutinjones.com

Attorneys for Creditor Integrated Grain & Milling, Inc.

Thomas H. Armstrong #146016
THE LAW OFFICES OF THOMAS H. ARMSTRONG
5250 N. Palm Avenue, Suite 224
Fresno, CA  93704
Telephone:  (559) 447-4700
Facsimile:  (559) 449-2693
Email: lawoffices5250@sbcglobal.net

Attorneys for Big Feather Ranch, LLC, Lucky Wishbone Ranch, LLC and
               American Huntsman, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE No. 2:13-CV-00455 |
| ZACKY FARMS, LLC, | Bankruptcy Court Case No. 12-37961 |
| Debtor, | |
| RICHARD ZACKY, ET AL., | **STIPULATION TO ENLARGE TIME TO FILE APPELLANTS' OPENING BRIEF; ORDER** |
| Appellants. | |

1299055v4 / 18027.0004

This Stipulation to Enlarge Time to File Appellants' Opening Brief ("Stipulation") is entered into by and between appellants Richard Zacky (individually and in his capacity as trustee of the Richard N. Zacky Irrevocable Trust dated 11/25/07, the Survivor's Trust of Albert and Beverly Zacky Trust Dated 2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated 12/30/06), ZF Enterprises, LLC, Integrated Grain & Milling, Inc., American Huntsman, LLC, Big Feather Ranch, LLC, and Lucky Wishbone Ranch, LLC (collectively, "Appellants"), the Official Committee of Unsecured Creditors ("Creditors' Committee"), and Zacky Farms, LLC ("Debtor"), by and through their respective attorneys of record.

## **RECITALS**

A.   On May 9, 2013, the Clerk of Court for the United States District Court, Eastern District of California ("District Court") filed its Briefing Schedule in Bankruptcy Appeal ("Briefing Schedule").  According to the Briefing Schedule and, as provided by Federal Rule of Bankruptcy Procedure 8009, Appellants' opening brief and excerpts of record must be filed with the District Court within fourteen (14) days of May 9, 2013.  Accordingly, the Appellants' opening brief and excerpts of record are due on or before May 23, 2013.

B.   Appellants, the Creditors' Committee and the Debtor (collectively, "Parties") have reached a tentative settlement of this matter.

C.   Appellants believe that a final settlement will be forthcoming at which time a suitable, written settlement agreement among the Parties will be finalized, and the Parties will seek U.S. Bankruptcy Court approval of the settlement.  Upon approval by the U.S. Bankruptcy Court, Appellants will dismiss the appeal.

D.   In order to avoid unnecessary expense and effort on the part of the Parties in prosecuting and defending the appeal, and the unnecessary expenditure of judicial resources in hearing and deciding the Appeal in the event a final settlement is approved by the U.S. Bankruptcy Court, the Parties desire to enlarge the time within which Appellants may file their opening brief. Accordingly, the Parties have entered into this Stipulation.

E.   The Committee is willing to stipulate to Appellants' request for an enlargement of time within which to file Appellant's opening brief but the Committee does not

PDF created with pdfFactory trial version www.pdffactory.com

stipulate to other assertions made in this Stipulation.

**STIPULATION**

**IT IS HEREBY STIPULATED** as follows:

1. The Parties fully incorporate herein the Recitals set forth above.

2. The Parties acknowledge that Federal Rules of Bankruptcy Procedure, Rule 9006(b)(1) provides, in relevant part:

> …[W]hen an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order….

3. The Parties acknowledge that good cause exists for the enlargement of time within which Appellants may file their opening brief . Appellants assert that an enlargement of time, as requested, will allow the Parties time to finalize a settlement and a suitable, written settlement agreement for presentment to the U.S. Bankruptcy Court for its approval without having to incur the added and potentially unnecessary expense of prosecuting or defending the appeal. Appellants assert that enlargement of time will also result in the economical use of judicial resources in that the District Court will be able to avoid hearing and deciding the appeal in the event a final settlement is approved by the U.S. Bankruptcy Court.

4. Because motions in the Bankruptcy Court generally require 28 days notice, the Parties are requesting that the time to file Appellants' opening brief be enlarged by 45 days or more.

///
///
///
///
///
///

1299055v4 / 18027.0004

3

STIPULATION TO ENLARGE TIME TO FILE APPELLANTS' OPENING BRIEF; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

5. Accordingly, the Parties agree, subject to the District Court's approval, that Appellants' opening brief shall be due no sooner than July 8, 2013.

DATED: May 22, 2013.        BAKER MANOCK & JENSEN, PC

By: /s/ Joseph M. Marchini
Joseph M. Marchini
Carl R. Refuerzo
Peter G. Fashing
Attorneys for Richard Zacky, individually and in his capacity as trustee of the Richard N. Zacky Irrevocable Trust dated 11/25/07, the Survivor's Trust of Albert and Beverly Zacky Trust Dated 2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated 12/30/06, and ZF Enterprises, LLC,

DATED: May 21, 2013.        BOUTIN JONES, INC.

By: /s/ Mark Gorton
Mark Gorton
Attorneys for Intergrated Grain & Milling, Inc.

DATED: May 22, 2013.        THE LAW OFFICES OF THOMAS H. ARMSTRONG

By:/s/ Thomas H. Armstrong
Thomas H. Armstrong
Attorneys for Big Feather Ranch, LLC, Lucky Wishbone Ranch, LLC and American Huntsman, LLC

DATED: May 21, 2013         FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP

By: /s/ Thomas A. Willoughby
Thomas A. Willoughby
Attorneys for Zacky Farms, LLC

[*Signatures continued on next page*]

1299055v4 / 18027.0004

4

STIPULATION TO ENLARGE TIME TO FILE APPELLANTS' OPENING BRIEF; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

DATED: May 22, 2013                    LOWENSTEIN SANDLER LLP

By: /s/ Wojciech F. Jung
Wojciech F. Jung
Attorneys for Co-Counsel to the Official Committee of Unsecured Creditors

## **ORDER**

Having read the Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Appellants' opening brief shall be due on July 8, 2013.

2. The appellee's opening brief shall be due within fourteen (14) days after service of Appellants' opening brief.

3. Appellants may file a reply brief with the District Court, within fourteen (14) days after service of appellee's opening brief.

4. Once all briefs have been submitted, the Appellants are to notify the court in writing, within fourteen (14) days after service of Appellants' reply brief, that the appeal is ready for oral argument.

DATED: May 22, 2013

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com