Joseph M. Marchini #082427
Carl R. Refuerzo #106253
Peter G. Fashing #195756
J. Jackson Waste #289081
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620
Email: jmarchini@bakermanock.com
Email: crefuerzo@bakermanock.com

Attorneys for Richard Zacky, individually and in his capacity as trustee of the
Richard N. Zacky Irrevocable Trust dated 11/25/07, the
Survivor's Trust of Albert and Beverly Zacky Trust Dated
2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated
12/30/06, and ZF Enterprises, LLC,

Mark Gorton #99312
BOUTIN JONES, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: mgorton@boutinjones.com

Attorneys for Creditor Integrated Grain & Milling, Inc.

Thomas H. Armstrong #146016
THE LAW OFFICES OF THOMAS H. ARMSTRONG
5250 N. Palm Avenue, Suite 224
Fresno, CA 93704
Telephone: (559) 447-4700
Facsimile: (559) 449-2693
Email: lawoffice5250@sbcglobal.net

Attorneys for Big Feather Ranch, LLC, Lucky Wishbone Ranch, LLC and
American Huntsman, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE No. 2:13-CV-00455 |
| ZACKY FARMS, LLC, | Bankruptcy Court Case No. 12-37961 |
| Debtor, | |
| RICHARD ZACKY, ET AL., | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2); ORDER** |
| Appellants. | |

1414657v1 / 18027.0004
576510.2

STIPULATION TO WITHDRAW APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
8001(c)(2) AND [PROPOSED] ORDER

1    Appellants Richard Zacky (individually and in his capacity as trustee of the
2 Richard N. Zacky Irrevocable Trust dated 11/25/07, the Survivor's Trust of Albert and Beverly
3 Zacky Trust Dated 2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated 12/30/06), ZF
4 Enterprises, LLC, Integrated Grain & Milling, Inc., American Huntsman, LLC, Big Feather
5 Ranch, LLC, and Lucky Wishbone Ranch, LLC (collectively, "Appellants"), the Official
6 Committee of Unsecured Creditors ("Committee"), and Zacky Farms, LLC ("Debtor"), by and
7 through their respective attorneys of record, stipulate, agree and respectfully request the Court to
8 order dismissal with prejudice of the above captioned appeal based on the following:
9    A.   This appeal arises out the bankruptcy court's order granting the Joint
10 Motion for Approval of Settlement Among the Committee, the Debtor and the Robert and Lillian
11 Zacky Trust Pursuant to Bankruptcy Rule 9019 (the "Lillian Settlement Motion") [Bankruptcy
12 Case, Docket No. 758], which order issued on February 21, 2013 [Docket No. 1078] (as amended
13 on May 1, 2013 [Docket No. 1541]).  The instant appeal timely followed (the "Lillian Settlement
14 Order Appeal").
15    B.   In the bankruptcy case, Appellants, the Committee, the Debtor, and others
16 reached a global settlement agreement, which was the subject of another motion pursuant to
17 Federal Rule of Bankruptcy Procedure 9019, heard and approved by the Bankruptcy Court on
18 October 29, 2013.  [Bankruptcy Case, Docket No. 2294. ("Global Settlement Order").]  Pursuant
19 to the terms of the Global Settlement Order, Appellants must "take all actions necessary to cause
20 the Lillian Settlement Order Appeal to be dismissed with prejudice."  [Id.]
21    C.   Federal Rule of Bankruptcy Procedure 8001(c)(2) provides as follows:
22 "If an appeal has been docketed and the parties to the appeal sign and file with the clerk of the
23 district court or the clerk of the bankruptcy appellate panel an agreement that the appeal be
24 dismissed and pay any court costs or fees that may be due, the clerk of the district court or the
25 clerk of the bankruptcy appellate panel shall enter an order dismissing the appeal. An appeal may
26 also be dismissed on motion of the appellant on terms and conditions fixed by the district court or
27 bankruptcy appellate panel."

1414657v1 / 18027.0004
576510.2

2

STIPULATION TO WITHDRAW APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
8001(c)(2) AND [PROPOSED] ORDER.

D. Appellants, the Committee and the Debtor are all the parties to the Lillian Settlement Order Appeal.

E. Accordingly, pursuant to the terms of the Global Settlement Order, Federal Rule of Bankruptcy Procedure 8001(c)(2), and the agreement of Appellants, the Committee and the Debtor evidenced by this stipulation, the parties jointly request this Court to dismiss with prejudice the Lillian Settlement Order Appeal, with each party bearing its own attorneys' fees and costs.

*[Signatures on next page.]*

1414657v1 / 18027.0004
576510.2

3

STIPULATION TO WITHDRAW APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2) AND [PROPOSED] ORDER.

| | | |
|---|---|---|
| 1 | DATED: December 3, 2013. | BAKER MANOCK & JENSEN, PC |
| 2 | | |
| 3 | | By: /s/ Peter G. Fashing |
| | | Joseph M. Marchini |
| 4 | | Carl R. Refuerzo |
| | | Peter G. Fashing |
| 5 | | Attorneys for Richard Zacky, individually and in his capacity as trustee of the Richard N. Zacky Irrevocable Trust dated 11/25/07, the Survivor's Trust of Albert and Beverly Zacky Trust Dated 2/10/88, and the Barbara Jean Zacky Irrevocable Trust Dated 12/30/06, and ZF Enterprises, LLC, |
| 9 | DATED: November 26, 2013. | BOUTIN JONES, INC. |
| 11 | | By: /s/ Mark Gorton |
| | | Mark Gorton |
| | | Attorneys for Intergrated Grain & Milling, Inc. |
| 13 | DATED: November 26, 2013. | THE LAW OFFICES OF THOMAS H. ARMSTRONG |
| 15 | | By: /s/ Thomas H. Armstrong |
| | | Thomas H. Armstrong |
| | | Attorneys for Big Feather Ranch, LLC, Lucky Wishbone Ranch, LLC and American Huntsman, LLC |
| 18 | DATED: November 26, 2013. | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI, LLP |
| 20 | | By: /s/ Thomas W. Willoughby |
| | | Thomas A. Willoughby |
| | | Attorneys for Zacky Farms, LLC |
| 22 | DATED: November 26, 2013. | LOWENSTEIN SANDLER LLP |
| 24 | | By: /s/Wojciech F. Jung |
| | | Wojciech F. Jung |
| | | Attorneys for the Official Committee of Unsecured Creditors |

*[Proposed order on next page.]*

1414657v1 / 18027.0004
576510.2

4

STIPULATION TO WITHDRAW APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
8001(c)(2) AND [PROPOSED] ORDER.

# ORDER

Having read the Stipulation of the Parties, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The instant Appeal, CASE No. 2:13-CV-00455, is DISMISSED WITH PREJUDICE.

2. The Parties shall bear their own attorney's fees and costs.

DATED: 12/3/2013

/s/ John A. Mendez
United States District Court Judge

1414657v1 / 18027.0004
576510.2

5

STIPULATION TO WITHDRAW APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8001(c)(2) AND [PROPOSED] ORDER.